IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE ANGEL MARTINEZ, | 1:06-cv-00513-AWI-TAG (HC) |
| Petitioner, | ORDER REGARDING PETITIONER'S MOTIONS FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| SULLIVAN, Warden, | (Docs. 20, 21, 22) |
| Respondent. | DEADLINE TO FILE TRAVERSE: June 20, 2008 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 19 2008, Petitioner filed a motion to extend the time to file an opposition to "Respondent's motion to dismiss filed on April 17, 2008.[1]" (Doc. 20). On the same day, Petitioner also filed a motion to extend the time to respond to an "order requiring any opposition to Respondent's request that the petition for writ of habeas corpus be denied." (Doc. 21). On May 20, 2008, Petitioner filed a motion to extend the time to respond to Respondent's answer. (Doc. 22). The Court construes all three pleadings as motions for an extension of time to file a traverse. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

  1. Petitioner's first and second motions for an extension of time are DENIED because they were not signed by Petitioner (Docs. 20, 21);

---

[1] On April 17, 2008, Respondent filed an answer. (Doc. 18).

-1-

2.  Petitioner's third motion for an extension of time to file a traverse is GRANTED; and

3.  Petitioner shall have to and including June 20, 2008 to file a traverse.

IT IS SO ORDERED.

Dated:   **May 21, 2008**　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE