IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE ANGEL MARTINEZ, | 1:06-cv-00513-AWI-TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR THIRD EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| SULLIVAN, | (Doc. 26) |
| Respondent. | Deadline to file traverse: August 21, 2008 |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 21, 2008, Petitioner filed a motion to the extend time to file a traverse. (Doc. 26). The instant motion is Petitioner's third request for an extension of time to file a traverse. (Docs. 22, 24, 26).

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner is granted to and including August 21, 2008 to file a traverse;

2. This order is made nunc pro tunc to July 21, 2008;

3. No further extensions of time will be granted in the absence of extraordinary circumstances.

IT IS SO ORDERED.

Dated:  **July 24, 2008**                      /s/ Theresa A. Goldner
                                                          UNITED STATES MAGISTRATE JUDGE